**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **NORMA G. GALINDO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Case No. 15-CV-346-JED-PJC |
| ) | |
| **PRICE EDWARDS & COMPANY,** ) | |
| **d/b/a POMEROY PARK APARTMENTS,** ) | |
| a domestic partnership, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

On November 18, 2015, the Court issued an Order (Doc. 11) denying "Plaintiffs' [sic] Fed.R.Civ.P. 41 (a)(2) Motion to Dismiss Without Prejudice" (Doc. 10), allowing the withdrawal of plaintiff's counsel, Charles C. Vaught, and directing the plaintiff to cause new counsel to enter an appearance within thirty (30) days of receipt of the Court's Order. On December 2, 2015, Mr. Vaught filed a Notice which attached correspondence to plaintiff enclosing the Court's Order, dated November 23, 2015, and an email sent to the plaintiff on December 1, 2015, with the Court's Order attached (Doc. 12). As the plaintiff has failed to comply with the Court's November 18 Order, this case is hereby dismissed under Rule 41(a)(2).

**IT IS THEREFORE ORDERED** that this case is hereby **dismissed without prejudice**.

**SO ORDERED** this 8th day of January, 2016.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE